# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*99 SEP 17 AM 10: 11*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

**DEN CARIBBEAN, LLC, et al**

VS.                                           CIVIL NO 98:1071 (DRD)

**BERNARDO ROMERO, et al**

---

## DESCRIPTION OF MOTION

DATE FILED: 9/16/99   DOCKET: 17   TITLE: **REQUEST FOR ENTRY OF**
[X] Plaintiff(s)                              **DEFAULT**
[ ] Defendant(s)

## O-R-D-E-R

DEFAULT OF DEFENDANTS Gloria Cruz, Jaime Negron, Reynaldo Cruz Mercado, Male Morales and Alberto Saavedra IS HEREBY ENTERED.

---

9/17/99
DATE

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _____
    DEPUTY CLERK