UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                   DATE: October 7, 1999

**CIVIL NO. 98-1071 (DRD)**

COURTROOM DEPUTY:   Janet **GONZALEZ**

===============================================================
DEN CARIBBEAN, LLC, et al.              <u>Attys</u>: Fernando GALLARDO
                                                Peter DIAZ
    Plaintiffs
    v.

BERNARDO ROMERO, et al.                          Demetrio FERNANDEZ

    Defendants
===============================================================

**INITIAL SCHEDULING CONFERENCE** is held.  The parties apprize the Court as to the status of discovery and facts of the case.

The Court grants the plaintiff until <u>November 30, 1999</u> to finish the deposition of Bernardo Romero.

Plaintiff shall identify their second expert witness within the next <u>thirty (30) days</u> and <u>sixty (60) days</u> thereafter to comply with Rule 26.  <u>Thirty (30) days thereafter</u>, defendants will notify their expert(s) and <u>sixty (60) days</u> thereafter fully comply with Rule 26.  Thereafter, the parties will have <u>sixty (60) days</u> to depose all experts.

Discovery cut-off is set for **June 30, 2000**.

A Pretrial Conference is set for **August 22, 2000 at 4:30 P.M.**

                                        _____
                                           COURTROOM DEPUTY

s/c: Counsel of record