IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: August 24, 2000 |
| **CIVIL NO. 98-1071 (DRD)** | |

**DEN CARIBBEAN, LLC. et. al.,**   Attorneys: Fernando L. Gallardo
    Plaintiffs,
v.
**BERNARDO ROMERO, et. al.,**   Demetrio Fernández Quiñones
    Defendants.

A STATUS CONFERENCE was convened. The parties informed the Court of the status of the case. Plaintiffs' **Depositions** must be completed by **October 6, 2000.** The Court imposes a **DISCOVERY DEADLINE** of **December 31, 2000.** A **Pretrial Conference** is set for **January 24, 2001 at 4:30 p.m.** All deadlines are final. No further extensions shall be granted.

P:\MINUTES\98-1071.MEM
s/c: Counsel of record

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**