UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) __Den Caribbean, LLC, et al.__    CIVIL NO. __98-1071__ (DRD)

v.

Defendant(s) __Bernardo Romero, et. al.__

*RECEIVED AND FILED 00 OCT 11 AM 7:58 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket entry no. __34__ | ☒ GRANTED. |
| Date: __09 / 25 / 00__ | ☐ DENIED. |
| Title: __Motion for Extension of Time to Complete Depositions as Ordered by the Court.__ | ☐ MOOT. |
| | ☐ NOTED. |

*Plaintiffs have until November 10, 2000 to complete the oral depositions of co-defendants Bernardo Romero and his wife, Shana Cambler.*

IT IS SO ORDERED.

Date: __10 / 6 / 2000__

*/s/ Daniel R. Dominguez*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE