

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DEN CARIBBEAN, LLC, et al.,
Plaintiffs,

v.                                              CIVIL NO. 98-1071 (DRD)

BERNARDO ROMERO, et al.,
Defendants.

### ORDER

Pending before the Court is Plaintiffs' Attorneys' Statement of Proposed Award of Attorneys' Fees and Costs. (Docket No. 31). Pursuant to the Order of the Court dated May 8, 2000, (Docket No. 30), plaintiffs have submitted their certified statement on attorneys' fees and costs. (Docket No. 31). Defendants did not oppose said motion. Furthermore, the $150.00 per hour fees requested are reasonable and within the boundaries of Coutin v. Young & Rubicam Puerto Rico, Inc., 124 F.2d 331 (1st Cir. 1997); Lipsett v. Blanco, 975 F.2d 934, 937 (1st Cir.1992). Accordingly, plaintiffs' motion is **GRANTED**. Defendants are to pay to plaintiffs within thirty (30) days attorneys fees in the amount of $5,737.50 and costs in the amount of $119.50, for a total sum of $5,857.00.

IT IS SO ORDERED.

DATE: November 9th, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

N:\98-1071 fee