UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Den Caribbean, LLC, et al._   CIVIL NO. _98-1071_ (DRD)

v.

Defendant(s) _Bernardo Romero, et al._

| MOTION | ORDER |
|---|---|
| Docket entry no. _54_ | ☑ GRANTED. |
| Date: _March / 08 / 01_ | ☐ DENIED. |
| Title: _Plaintiffs' Informative Motion and for Extension of Time to file Second Amended Complaint_ | ☐ MOOT. ☑ NOTED. |
| Plaintiffs are granted (20) days after receipt of the transcripts of the oral deposition of codefendant Camblor to file their second amended complaint. The depositions are set to be taken on March 16, 17 and 18, 2001. No further extensions shall be granted by the Court. | |

RECEIVED AND FILED
01 MAR 22 PM 4: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

IT IS SO ORDERED.

Date: _March 22, 2001_

_[signature]_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE