UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Den Caribbean, LLC, et al.   CIVIL NO. 98-1071 (DRD)

v.

Defendant(s) Bernardo Romero, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 57 | ☐ GRANTED. |
| Date: June / 20 / 2001. | ☐ DENIED. |
| Title: Motion to Request Brief Moratorium | ☐ MOOT. |
| | ☐ NOTED. |
| The moratorium of (90) days requested by defendant Bernardo Romero in order to find employment and consequently pay plaintiff's awarded attorney's fees and costs pursuant to the November 9, 2000 Order is GRANTED. However, should defendant find employment before the | (90) day moratorium is over, he is to make the appropriate payments to plaintiff. |

IT IS SO ORDERED.

Date: July / 24 / 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

c/c: Gallardo
Fernandez
7/26/01