UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DEN-CARIBBEAN,** et al.,

v.

**BERNARDO ROMERO,** et als.

CIVIL NO. 98-1071 (DRD)

## ORDER

The Court has noted that this case has been paralyzed since July 2001. Hence, the Court hereby **ORDERS** Plaintiffs to **SHOW GOOD CAUSE by March 28, 2002,** as to why this case should be dismissed for lack or prosecution. Should they fail to respond or show good cause default shall be entered against them. **NO EXTENSIONS SHALL BE GRANTED. This order shall be immediately notified via telephone, fax and mail.**

IT IS SO ORDERED.

Date: March 22, 2002

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\98-1071 osc lackofprosecution.wpd

RECEIVED AND FILED
2002 MAR 22 AM 11: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| Rec'd: | EOD: |
|---|---|
| By: | # 60 |