UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DEN CARIBBEAN, LLC., et al.,

v.

BERNARDO ROMERO, et al.,

CIVIL NO. 98-1071 (DRD)

ORDER

| Docket # | Date: | Ruling | Title |
| --- | --- | --- | --- |
| 61 | 03/26/02 | GRANTED/NOTED | Motion in Compliance with Order |
| 62 | 03/26/02 | GRANTED/NOTED | Motion to Stay Case |

    This case is stayed. Plaintiffs shall file an Informative Motion by September 27, 2002, advising the Court as to the status of the Bankruptcy proceedings.

Date: ~~April~~ May 2, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge