UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DEN-CARIBBEAN, et al.,

v.

CIVIL NO. 98-1071 (DRD)

BERNARDO ROMERO, et als.

## ORDER

On March 22, 2002, the Court noted that this case had been paralyzed since July 2001, and thus ordered Plaintiffs to show cause as to why this case should **NOT** be dismissed for lack or prosecution. On March 26, 2002, plaintiffs appeared and showed cause, explaining that defendant had filed a petition for chapter 7 Bankruptcy, thus complying with this Court's order. Accordingly, on May 3, 2002, the Court issued an order recognizing and granting the stay of proceedings in this case, subject only that plaintiffs file a motion informing the status of the bankruptcy proceedings and of this case, on or before September 27, 2002. **To date, plaintiffs have failed to comply with this order, and have failed to report as to the status of the bankruptcy proceedings and this case.** Instead, on September 13, 2002, attorneys for Plaintiffs filed a motion requesting leave to withdraw as counsel of record, and requesting thirty (30) days to obtain new counsel. (Docket No. 64).

Firstly, the Court notes that plaintiffs have not complied with Local Rule 311.14(B), which requires that "[a]ll motions for extensions of time state the expiration date of the period sought to be extended and the expiration date of the proposed extension." They have simply requested "thirty days." Nonetheless, the Court shall **GRANT** the motion for leave to withdraw filed by plaintiffs' counsel. (Docket No. 64). However, in light of the fact that plaintiffs failed to comply with the previous order, which required them to advise the court as to the status of the bankruptcy proceedings and this case by September 25, 2002, the Court shall grant them **ten (10) days** from receipt of this order in order to comply with the previous order, and to obtain new counsel. **NO EXTENSIONS SHALL BE GRANTED.** Failure to timely comply with this order shall result in automatic dismissal of this case, without prejudice, for failure to comply with the Court's order. **This order shall be immediately notified. Plaintiffs Den-Caribbean, Inc., are granted forty five (45) days from this Order to be notified at PMB 316, P.O. Box 4952, Caguas, P.R. 00726-1952.**

**IT IS SO ORDERED.**

Date: October 21, 2002

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

P:\Kevins Cases\98-1071 osc.lackofprosecution.wpd