UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DEN CARIBBEAN, et al.,
Plaintiffs,

CIVIL NO. 98-1071 (DRD)

v.

BERNARDO ROMERO, et al.,
Defendants.

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/07/02 **Docket #67** [X] Plff  [] Deft [ ] Other  **Title:** MOTION REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS | **GRANTED.** Plaintiffs have appeared, requesting voluntary dismissal. Therefore, Pursuant to Fed.R.Civ.P. 41(a), the Court hereby **grants** Plaintiffs' request for voluntary dismissal and dismisses the above-entitled action with prejudice, at no cost to the parties. Judgment shall be entered accordingly. |

Date: November _11_, 2002

DANIEL R. DOMINGUEZ
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

P \Kevins Cases\Voluntary Dismissals Ord&Judgs\Vol Dismissals granted\98-1071 Vol_Dis grantedwpd.wpd


