# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DEN CARIBBEAN, et al.,
Plaintiffs,

CIVIL NO. 98-1071 (DRD)

v.

BERNARDO ROMERO, et al.,
Defendants.

## JUDGMENT

The court, having approved on this same date Plaintiffs' request for voluntary dismissal, hereby enters judgment dismissing this action against Defendants **WITH PREJUDICE** and without imposition of costs, expenses or attorneys' fees.

Date: November 11, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |


